IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE SIMPSON,

     Petitioner,                   No. CIV-S-06-2763 WBS KJM P

    vs.

KUMA DEBOO,

     Respondent.               <u>ORDER</u>

                                      /

          Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and an application to proceed in forma pauperis.

          Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

          Since petitioner may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be directed to file a response to the petition.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Respondent is directed to file an answer within thirty days of this order. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

3. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition, on the United States Attorney or his authorized representative.

DATED: April 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
simp2763.206(12.08.06)

2