IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE SIMPSON,

    Petitioner,                              No. CIV S-06-2763 WBS KJM P

    vs.

KUMA DEBOO,

    Respondent.                         <u>ORDER</u>

/

        Petitioner, a federal prisoner proceeding pro se and in forma pauperis, has filed an amended application for writ of habeas corpus. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. <u>See</u> Fed. R. Civ. P. 15(a). An answer was filed on May 3, 2007. Petitioner has filed neither a motion to amend nor a stipulation to amend the habeas petition signed by all parties. Petitioner's amended habeas petition will therefore be stricken, and this action will proceed on the petition filed December 8, 2006.

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's April 24, 2008
2 amended petition for writ of habeas corpus is stricken.
3 DATED: May 2, 2008.

_____
U.S. MAGISTRATE JUDGE

simp2763.10c