IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE SIMPSON,

    Petitioner,                    No. CIV S-06-2763 WBS KJM P

    vs.

KUMA J. DEBOO,

    Respondent.                  <u>ORDER</u>

/

         Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus under 42 U.S.C. § 2241. On May 15, 2008, petitioner filed a motion for leave to file an amended petition. Respondent has not opposed petitioner's motion. Good cause appearing, petitioner's motion will be granted. Respondent will be given leave to file an amended answer. However, respondent may stand on the answer already on file if he so chooses.

         Also, petitioner has filed a motion asking that the court hold an "emergency hearing." There is no cause to hold a hearing in these proceedings. Therefore, petitioner's request will be denied.

/////

1

Finally, petitioner has filed a "motion for summary judgment." A motion for summary judgment is not appropriate in a habeas proceeding as the court issues a final decision based upon a petition, answer and traverse. Petitioner's motion is frivolous and petitioner is cautioned that if he continues to file frivolous motions he will be sanctioned.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to file an amended application for writ of habeas corpus (#15) is granted. The court is directed to remove the amended petition attached to petitioner's May 15, 2008 motion and file it separately.

2. Petitioner's December 8, 2006 application for writ of habeas corpus and the "amended petition" dated May 16, 2008 (#17) are dismissed.

3. Respondent is granted thirty days within which to file an answer to the May 15, 2008 amended petition. Respondent may stand on his original answer and shall inform the court within thirty days if he elects to do so. If respondent files a new answer, petitioner is granted thirty days from the filing of the answer to file a new traverse.

4. Petitioner's "motion for emergency hearing" (#18) is denied.

5. Petitioner's "motion for summary judgment" (#19) is denied.

DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1
simp2763.amd

2