IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE SIMPSON,

        Petitioner,                   No. CIV S-06-2763 WBS KJM P

    vs.

KUMA J. DEBOO,

        Respondent.         <u>ORDER</u>

                                  /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 3, 2010 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

For the reasons set forth in the magistrate judge's December 8, 2009 findings and recommendations and this court's February 3, 2010 order, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: February 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE